**AFFIDAVIT OF SERVICE**

INDEX #:  **1:24-CV-01571-FJS-MJK**
DATE FILED:  **12/26/2024**
ATTORNEY:  **BOIES SCHILLER FLEXNER LLP**
       575 LEXINGTON AVENUE NEW YORK NY 10022 (212)446-2300

---

UNITED STATES DISTRICT COURT FOR THE
   NORTHERN DISTRICT OF NEW YORK

---

**VICTORIA LETO AND MARY ANN LEAVITT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**
Plaintiff(s)

- against -

**ALBANY COUNTY, NEW YORK, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**
Defendant(s)

---

**STATE OF NEW YORK:**
**COUNTY OF ALBANY:    ss:**

MICHAEL THOMAS, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **12/31/2024, 09:35AM** at **112 STATE STREET, ALBANY, NEW YORK 12207**, deponent served a **SUMMONS IN A CIVIL ACTION AND CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL** upon **ALBANY COUNTY**, a defendant in the above captioned matter.

By delivering to and leaving with **YORDEN C. HUBAN, ESQ.** at the above address and that deponent knew the person so served to be the agent duly authorized to accept service of process on behalf of the **ALBANY COUNTY**.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Perceived Gender **M**    Approximate age **62**    Approximate height **5'10"**    Approximate weight **210**    Perceived Race **WHITE**
Color of hair **GRAY**

Sworn to before me on 01/01/2025
DAVID POST NO. 01P06427868
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON 01/03/2026

x _____
   MICHAEL THOMAS

**SERVING BY IRVING INC.**
**18 EAST 41 STREET SUITE #1600 NEW YORK, NY 10017 (212)233-3346**